UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME J. MINCHACA, | No. 2:15-cv-0570 AC P |
| Plaintiff, | |
| v. | ORDER |
| U.S. MARSHAL SERVICE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the filing date of this order, a certified copy of his prison trust account

/////

/////

/////

/////

1

1 statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's
2 failure to comply with this order will result in a recommendation that this action be dismissed
3 without prejudice.
4 DATED: March 24, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2